**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-6136**

───────────────

LORENZO DALE WILLIAMS, SR.,

     Plaintiff - Appellant,

   v.

RICHARD K. NEWMAN; M. BYRUM, Officer of Hopewell Police Department; S. PAK, Officer at Hopewell Police Department; W. BLANKENSHIP, Officer-Hopewell Police Department; KENNETH NYE, Judge; ANTHONY SLYVESTER; J. ARMSTEAD, Riverside Regional Jail; W. ALLEN SHARRETT, Judge - Hopewell Circuit Court; KAY H. RACKLY, Hopewell Circuit Court; JACQUELINE BARRETO, Crane-Snead & Associates, Inc.; ELBERT MUMPHERY, Hopewell Circuit Court; SAM CAMPBELL, Hopewell Circuit Court,

     Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge. (1:12-cv-01475-AJT-TRJ)

───────────────

Submitted:  May 23, 2013    Decided:  May 29, 2013

───────────────

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Lorenzo Dale Williams, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Dale Williams, Sr., seeks to appeal from the district court's order dismissing his claims against several of the Defendants, directing the correctional institution to provide Williams' financial information, and directing Williams to provide additional information. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3